No. 01–1092.  COLT INDUSTRIES OPERATING CORP. *v.* HEN-GLEIN ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 01–1097.  TRIPPETT, WARDEN *v.* NORTHROP.  C. A. 6th Cir.  Certiorari denied.

No. 01–1102.  APPOLO FUELS, INC. *v.* NORTON, SECRETARY OF THE INTERIOR, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 01–1124.  CLAUDE P. BAMBERGER INTERNATIONAL, INC. *v.* ROHM & HAAS CO. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 01–1141.  EHLINGER *v.* GRANGER.  C. A. 3d Cir.  Certiorari denied.

No. 01–1152.  GREAT LAKES DREDGE & DOCK CO. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–1173.  SCHWEITZER *v.* PRINCIPI, SECRETARY OF VETERANS AFFAIRS, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 01–1197.  PRESSLEY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–1207.  WEAVER *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 01–1218.  DIGREGORIO *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 01–1219.  IN SUK CHANG *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 01–7051.  MCCALISTER *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–7110.  RIVERA *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 01–7444.  CHUBBUCK *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.